

# Fourth Court of Appeals
## San Antonio, Texas

April 20, 2016

No. 04-16-00055-CV

**IN THE INTEREST OF W.T.H., A CHILD**,

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 15-06-00125-CVK
Honorable Donna S. Rayes, Judge Presiding

## O R D E R

On April 7, 2016, this appeal was reinstated on the docket of this court, and appellant was ordered to provide written proof to this court by April 18, 2016, that appellant had requested the court reporter to prepare the reporter's record, which request was required to designate the portions of the proceedings and the exhibits to be included. *See* TEX. R. APP. P. 34.6(b)(1). Appellant was previously ordered to file the same request on February 2, 2016; however, that order preceded the abatement of the appeal for an indigence determination, and appellant was provided with a second opportunity to provide the written request upon reinstatement.

Because appellant failed to request the reporter's record in response to this court's order for a second time, appellant's brief must be filed within thirty (30) days from the date of this order, and the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of April, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court